UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ADAM PRESTON ADAMS, by and through successor in interest, Jennifer Quintero; JENNIFER QUINTERO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a public entity; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity; SHERIFF SHANNON D. DICUS, individually; MARCO ANTONIO LOPEZ-HERNANDEZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01447-KK (SP)<br><br>**ORDER REGARDING STIPULATION TO DISMISS**<br><br>Assigned to: Judge Kenly Kiya Kato |

**ORDER**

In consideration of the Parties' stipulation for dismissal with prejudice of this action in its entirety, and good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(ii). Each Party to bear their own fees and costs.

DATED: October 6, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE